**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Victor ALMEIDA–VEGA, Defendant— Appellant.**

**No. 05–50519.**

United States Court of Appeals, Ninth Circuit.

---

**638**

Submitted April 13, 2006.*

Decided April 17, 2006.

USSD, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Matthew C. Shaftel, Esq., Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: SILVERMAN, MCKEOWN and PAEZ, Circuit Judges.

## MEMORANDUM **

Victor Almeida–Vega appeals the sentence imposed following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

Almeida–Vega contends that the holding of *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is severely limited and not valid as applied to his situation, and that the district court violated his constitutional rights in enhancing his sentence under 8 U.S.C. § 1326(b) based on a non-jury fact finding regarding his prior conviction. This contention is foreclosed by *United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (holding that we are bound to follow *Almendarez–Torres,* even though it has been called into question, unless it is explicitly overruled by the Supreme Court). Similarly, there is no merit to Almeida–Vega's remaining contention that 8 U.S.C. § 1326(b) is unconstitutional in light of *Apprendi v. New Jersey,* 530

U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). *See United States v. Ochoa–Gaytan,* 265 F.3d 837, 845–46 (9th Cir.2001) (holding that *Apprendi* carved out an exception for prior convictions that specifically preserved the holding of *Almendarez–Torres* ).

**AFFIRMED.**

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

